IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

JOSEPH M. THIBODEAUX, JR., #11807-078            PETITIONER

v.            CIVIL ACTION NO. 5:08cv155DCB-MTP

BRUCE PEARSON, Warden            RESPONDENT

## JUDGMENT

This matter having come on to be heard on this date upon the Report and Recommendation of the United States Magistrate Judge entered in this cause, and the Court, after a full review of the record, having adopted said Report and Recommendation as the finding of this Court by Order dated this day, finds that Joseph M. Thibodeaux, Jr.'s Petition [1] for a Writ of Habeas Corpus should be denied and dismissed with prejudice.

IT IS, THEREFORE, ORDERED AND ADJUDGED that Joseph M. Thibodeaux, Jr.'s Petition [1] for a Writ of Habeas Corpus is denied and dismissed with prejudice.

SO ORDERED this the 27th day of January, 2010.

           s/David Bramlette
           UNITED STATES DISTRICT JUDGE